**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>            Plaintiff,<br>vs.<br><br>KRG DRAPER PEAKS, LLC, a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>            Defendants. | **MOTION TO DISMISS**<br><br>Case No. 2:18-CV-980-EJF<br><br>Magistrate Evelyn J. Furse |

Plaintiff Linda Suda, by and through her undersigned counsel, respectfully moves the Court for an order dismiss this action, with prejudice. The parties have resolved their dispute and agree that this action should be dismissed. A proposed order is filed and served herewith.

DATED the 7th day of February, 2019.

                                                        FORD & CRANE PLLC

                                                        /s/ Matthew B. Crane
                                                        Matthew B. Crane
                                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on this 7th day of February, 2019, I caused a true and correct copy of the forgoing MOTION TO DISMISS to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane